# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| AYMAN SOLIMAN, | |
| Petitioner, | Case No. 1:25-CV-480 |
| v. | Judge Michael R. Barrett |
| TODD M. LYONS, Acting Director, Immigration and Customs Enforcement, et al., | **TEMPORARY RESTRAINING ORDER** |
| Respondents. | |

Ayman Soliman, currently in the custody of U.S. Immigration and Customs Enforcement ("ICE") at the Butler County Jail, brings this emergency petition for a writ of habeas corpus under 28 U.S.C. § 2241. He seeks a temporary restraining order enjoining the Department of Homeland Security ("DHS") from moving or transferring him outside the jurisdiction of the Cleveland Immigration Court until his bond hearing there, currently scheduled to take place at 8:30 AM on Wednesday, July 23, 2025.[1]

Having identified and balanced the four factors relevant to determining whether preliminary injunctive relief is warranted, *see City of Pontiac Retired Emps. Ass'n v. Schimmel*, 751 F.3d 427, 430 (6th Cir. 2014) (per curiam) (en banc), and having provided Respondents with notice and an opportunity to be heard during a telephone status conference on this date, the Court **GRANTS** Soliman's motion for a temporary restraining order pursuant to Federal Rule of Civil Procedure 65.[2]

---

[1] At the time Soliman filed his petition and motion, the Cleveland Immigration Court had yet to schedule a bond hearing. The Court takes notice that such a hearing has now been set.

[2] Unless extended, this order shall expire at 3:00 PM EDT on July 24, 2025. *See* Fed. R. Civ. P. 65(b)(2).

<u>Accordingly, Respondents shall neither remove Soliman from the jurisdiction of the Cleveland Immigration Court nor allow him to be removed from the jurisdiction of the Cleveland Immigration Court until such time as the Court orders otherwise or this order expires</u>.[3] Furthermore, this temporary restraining order shall require no bond. This matter is scheduled for a telephone status conference at 1:30 PM on Thursday, July 24, 2025.

**IT IS SO ORDERED.**

*/s/ Michael R. Barrett*
_____
Michael R. Barrett
United States District Judge

---

[3] The Court's directive applies with equal force to any individual, group, or entity working in concert with or on behalf of Respondents.