# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| AYMAN SOLIMAN,<br><br>    Petitioner,<br><br>    v.<br><br>TODD M. LYONS, Acting Director, Immigration and Customs Enforcement, et al.,<br><br>    Respondents. | Case No. 1:25-CV-480<br><br>Judge Michael R. Barrett<br><br>**TEMPORARY RESTRAINING ORDER** |

On July 15, 2025, the Court entered a temporary restraining order enjoining Respondents from transferring Petitioner Ayman Soliman (or allowing him to be transferred) outside the jurisdiction of the Cleveland Immigration Court until such time as the order expired or the Court directed otherwise. (Doc. 5, PageID 67).

A bond hearing before Immigration Judge Riedthaler-Williams was initially scheduled for July 23, but that hearing has been postponed to allow for additional briefing. Thus, in order to preserve the status quo, and because there has been no meaningful change in the circumstances supporting the initial grant of temporary injunctive relief, the Court finds good cause to extend the temporary restraining order.[1] *See* Fed. R. Civ. P. 65(b)(2).

---

[1] Unless extended further, this order shall expire at 3:00 PM EDT on July 30, 2025.

2

<u>Respondents—and any individual, group, or entity working in concert with or on behalf of Respondents—shall continue to abide by the Court's order</u>. This matter is scheduled for a telephone status conference at 10:00 AM on July 30, 2025.

**IT IS SO ORDERED.**

*/s/ Michael R. Barrett*
_____
Michael R. Barrett
United States District Judge